

## Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

**FILED**
*November 23, 2015*
**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

November 20, 2015

Third Court of Appeals
via email

Re:     Court of Appeals Number: 03-14-00577-CR
        Trail Court Number:  41204


Style:  The State of Texas
        v.
        NICOLE DAWN HOLLAND


        Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above

referenced case on November 12, 2015.



Sincerely,

Casie Walker

Casie Walker
District Clerk